BOWLING GREEN STATE UNIVERSITY, APPELLANT, *v.* PUBLIC
UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

(No. 73-956—Decided November 6, 1974.)

*Messrs. Schwartz & Schwartz* and *Mr. Arthur Shapiro,* for appellant.

*Mr. William J. Brown,* attorney general, and *Mr. Keith Henley,* for appellee Public Utilities Commission.

*Messrs. Power, Jones & Schneider, Mr. John Robert Jones* and *Mr. Andrew T. Jones,* for appellee Northern Ohio Telephone Company.

*Per Curiam.* The essence of Bowling Green's argument is that the rate increase allowed Northern *is unreasonable as applied to Bowling Green.*

This court does not find that the order of the Public Utilities Commission is unreasonable or unlawful. It is, therefore, affirmed.

*Order affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.